**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAY 31  P 1: 20

**UNITED STATES OF AMERICA**

v.  Case No.: 3:05-cr-105-J-20MCR

**LAURETTE HUNTER**

_____/

## ORDER

Before the Court is Defendant Laurette Hunter's Motion for Authorization to Incur Expert Costs (Doc. No. 128, filed May 24, 2006). Defendant Hunter must give the Court a rough estimate of the price of a handwriting and typewriter analyst in the present case. As the Court will not permit Defendant to incur completely open-ended and seemingly unlimited costs in excess of the cap, the Motion (Doc. No. 128) is **DENIED WITHOUT PREJUDICE**. See 18 U.S.C. § 3006A.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of May, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Roland Falcon, Esq.
D. Gray Thomas, Esq.
William J. Sheppard, Esq.
Mark Devereaux, Esq.
Susan H. Raab, Esq.
Bonnie Ames Glober, Esq.